UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20569-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW DAVID MARSHALL,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on the Defendant's Motion to Dismiss David Tucker as Counsel and to Proceed Pro Se (DE #541, 9/6/11). Having reviewed the applicable filings and the law and having heard from the defendant, the defendant's counsel and the government at the September 13, 2011 hearing, it is

ORDERED AND ADJUDGED that the Defendant's Motion to Dismiss David Tucker as Counsel and to Proceed Pro Se (DE #541, 9/6/11) is **GRANTED**. The defendant has knowingly and voluntarily waived his right to assistance of counsel. Faretta v. California, 422 U.S. 806, 835 (1975).

DONE AND ORDERED at Miami, Florida, this **13th** day of September, 2011.

                                                  JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

c:    Honorable Judge Lenard
      All Counsel of Record